# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 08-12274 |
| James L. Wooten, Jr., Pamela Wooten, | Judge Morgenstern-Clarren |
| Debtor(s). | Chapter 7 Case |

## TRANSMITTAL OF UNCLAIMED FUNDS

The attached check no. 110 in the amount of $27.59 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ALLTEL COMMUNICATION<br>1 ALLIED DR BLD 4 FL 3<br>LITTLE ROCK AR 72202 | 5 | $379.16 | $27.59 |

Dated: May 25, 2010

*[signature]*

Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com